# EXHIBIT B

1  William H. Narwold (*Pro Hac Vice* Forthcoming)
2  MOTLEY RICE LLC
   One Corporate Center
3  20 Church Street, 17th Floor
   Hartford, CT 06103
4  Telephone: (860) 882-1676
   Facsimile: (860) 882-1682
5
   Mark I. Labaton (SBN 159555)
6  MOTLEY RICE LLP
   1100 Glendon Avenue, 14th Floor
7  Los Angeles, CA 90024
   Telephone: (310) 500-3488
8  Facsimile: (310) 824-2870

9  *Attorneys for Applicants*

10

11

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14              **SAN FRANCISCO DIVISION**

15

16

17
   *In re* **Application of:**                    Case No. C11-mc-80087 CRB
18
   **Daniel Carlos Lusitand Yaiguaje, et al.**
19
                        **Applicants,**            [~~PROPOSED~~] **ORDER TO**
20                                                **SHOW CAUSE WHY THIS**
   **For the Issuance of Subpoenas for the Taking of**  **COURT SHOULD NOT**
21 **Depositions and the Production Of Documents in a**  **GRANT THE ECUADORIAN**
   **Foreign Proceeding Pursuant to 28 U.S.C. § 1782.**  **PLAINTIFFS'** *EX PARTE*
22                                                **APPLICATION FOR**
                                                 **EXPEDITED SERVICE AND**
23                                                **ENFORCEMENT OF**
                                                 **SUBPOENAS TO CONDUCT**
24                                                **DISCOVERY FOR USE IN**
                                                 **FOREIGN PROCEEDING**
25                                                **PURSUANT TO 28 U.S.C.**
                                                 **§ 1782**
26

27

28                                    1

1   Daniel Carlos Lusitand Yaiguaje and other residents of the Ecuadorian Amazon

2   (the "Ecuadorian Plaintiffs") submitted an *Ex Parte* Application for an Order Pursuant to

3   28 U.S.C. § 1782 for Expedited Service and Enforcement of Subpoenas to Conduct Discovery for

4   Use in Foreign Proceeding ("Application") on April 27, 2011.  By their Application, the

5   Ecuadorian Plaintiffs seek discovery from Mason Investigative Group, Inc., Eric Danford Mason,

6   and Joseph Phillip Parisi (collectively "Respondents"), who reside and/or are found in

7   this District.

8   The Court has considered the evidence, arguments, and law presented, and

9   sufficient reason appearing, the Court rules as follows.  It is hereby:

10   **ORDERED** that the Ecuadorian Plaintiffs shall serve Respondents, counsel for the

11   Republic of Ecuador, counsel for Chevron Corporation, and counsel for Diego Borja, by hand,

12   facsimile, or e-mail, with the Application and this Order no later than 5:00 p.m. (PDT) on

13   ~~April~~ May 11, 2011; and

14   **ORDERED** that papers in opposition to the Application (including any objections

15   to the proposed subpoena), if any, shall be served by hand, facsimile, or e-mail upon the

16   Ecuadorian Plaintiffs' counsel, William H. Narwold, MOTLEY RICE LLC, One Corporate

17   Center, 20 Church Street, 17th Floor, Hartford, CT  06103, on or before 5:00 p.m. (PDT) on

18   ~~April~~ May 20, 2011; and

19   **ORDERED** that a reply memorandum in support of the Application (and proposed

20   subpoena), if any, shall be served by hand, facsimile, or e-mail upon counsel for any party

21   submitting opposing papers on or before 5:00 p.m. (PDT) on ~~April~~ May 27, 2011; and

22   **ORDERED** that Respondents, as well as the Ecuadorian Plaintiffs, shall show

23   cause before this Court, if necessary, at a hearing on ~~May~~ June 3, 2011, at 10: 00 a.m. (PDT) or as

24   soon thereafter as counsel can be heard, why the proposed subpoenas should not be served.

25   **IT IS SO ORDERED.**

26   Dated:___ May 9, 2011

27   _____
    United St[...] [stamp]

28   2

IT IS SO ORDERED

Judge Charles R. Breyer