# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Diego Garcia Carrion, the Attorney General of the Republic of Ecuador, and the Republic of Ecuador,<br><br>                  Applicants,<br><br>For the Issuance of Subpoenas for the taking of a Deposition and the Production of Documents by for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Case No. 11-mc-80110 CRB (NC)<br><br>Dkt. No. 46<br><br>Case No. 11-mc-80087 CRB (NC)<br><br>Dkt. No. 89<br><br>**ORDER TO SHOW CAUSE TO MASON INVESTIGATIVE GROUP, INC., ERIC MASON, AND JOSEPH PARISI** |
| In re<br><br>Daniel Carlos Lusitand Yaiguaje, et al.,<br><br>                  Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Related Cases:<br><br>10-MC-80324 CRB<br>10-MC-80225 CRB<br>11-MC-80171 CRB<br>11-MC-80172 CRB |

1    The Court previously ordered the parties to submit briefing on whether the Court
2 should decline to grant further § 1782 discovery, given evidence of bad faith in the Lago
3 Agrio action.  Dkt. No. 68.  The Court ordered Chevron and Respondents to submit
4 briefing within 14 days of the Court's order, which was filed on May 22, 2014.  *Id.*
5 Chevron complied with the order and submitted its brief on June 5, 2014.  Dkt. No. 69.
6 But Respondents—Mason Investigative Group, Inc., Eric Mason, and Joseph
7 Parisi—have failed to submit briefing by the deadline.  Respondents are therefore
8 ordered to submit their brief or a statement of no position by June 23, 2014.
9    Intervening parties Diego Borja and Sara Portilla may also file a brief by June 23.
10 Applicants' response will be due July 7, and Chevron and Respondents' reply is due July
11 14.
12    IT IS SO ORDERED.

14 DATED: June 16, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge